1  Alan M. Mansfield (SBN: 125998)
2  **WHATLEY KALLAS, LLP**
   1 Sansome Street, 35th Floor
3  PMB #131
   San Francisco, CA 94104 /
4  16870 West Bernardo Drive, Ste. 400
   San Diego, CA 92127
5  Telephone: 619- 308-5034
   Fax: 888-341-5048
6  Email: amansfield@whatleykallas.com

7  [additional counsel appear on signature page]

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 **JACQUELINE VORPAHL, Ph.D.; KARA**        **Case No. 5:25-cv-05088-EJD**
   **NIELSON, LCPC; and BILL DESIENA,**
13 **LCSW,** on behalf of themselves and all     **CLASS ACTION**
   others similarly situated and for the benefit of
14 the general public,
                                               PLAINTIFFS' NOTICE OF MOTION AND
15                Plaintiffs,                   MOTION TO ENTER DEFAULT
                                               AGAINST DEFENDANT AS A
16     v.                                       SUSPENDED AND FORFEITED
                                               CORPORATION PURSUANT TO FED. R.
17 **7 CUPS OF TEA, CO.**, and **DOES 1-10**,   CIV. PROC. 55; MEMORANDUM OF
                                               POINTS AND AUTHORITIES AND
18                Defendants.                   SUPPORTING DECLARATION OF ALAN
                                               M. MANSFIELD
19
                                               Date: August 21, 2025
20                                             Time: 9:00 A.M.
                                               Courtroom: 4
21
                                               Initial Status Conference:
22                                             September 4, 2025 at 10:00 a.m.

23

24

25

26

27

28

1    PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. Rule 55 (a) and (b)(2), and U.S.

2    District Ct. N.D. Cal. Local Civil Rules, Rule 6-2, on August 21, 2025 at 9 a.m. in Courtroom 4 of

3    the United States District Court, Northern District of California, located at 280 South 1st Street, San

4    Jose, CA 95113 before the Hon. Edward J. Davila, Plaintiffs Jaqueline Vorpahl, Ph.D., Kara Nielson,

5    LCPC, and Bill DiSiena, LCSW will move the Court for an Order that as Defendant 7 CUPS OF

6    TEA, CO. cannot appear and defend this action as a forfeited and suspended corporation, default

7    and/or default judgment must be entered against it.

8    **ISSUE PRESENTED**

9    Under California Revenue and Taxation Code § 23301, does a defendant who is a corporation

10   domiciled in California and whose status in California is identified as a forfeited corporation lose its

11   powers and privileges, including the ability to defend legal proceedings, and thus cannot appear in

12   this action or file a response such that default and default judgment must be entered against it?

13   **MEMORANDUM OF POINTS AND AUTHORITIES**

14   This is a class action lawsuit filed by Plaintiffs against Defendant 7 Cups of Tea, Co. ("7

15   Cups") arising out of allegations that 7 Cups has taken Plaintiffs' names, identities, and reputations

16   and placed them on the 7 Cups' website without their consent and without compensation, thereby

17   misappropriating their likenesses and reputations and falsely advertising the availability of their

18   services through 7 Cups using inaccurate information. The Complaint alleges that 7 Cups'

19   misrepresentations mislead consumers and inure significant financial benefit to 7 Cups.

20   The Complaint was served on June 24, 2025. Defendant's deadline to file a response to that

21   Complaint has been extended at its request. Plaintiffs will separately stipulate to extend that deadline

22   to a date after this Motion has been heard, reserving and without waiver of all rights to bring this

23   Motion (see accompanying Declaration of Alan M. Mansfield ("Mansfield Decl." at ¶5). This

24   Motion is not being filed at this time due to a failure by 7 Cups to appear but because 7 Cups cannot

25   appear and defend this action, for the reasons set forth below.

26   7 Cups is a California-domiciled corporation, with its corporate offices located at 828B

27   Bryant Street, Palo Alto, CA 94301-2707. See Statement of Information on file with the California

28

1 | Secretary of State, Mansfield Decl. Ex. 1. According to the official records of the California

2 | Secretary of State, 7 Cups is currently listed as "FTB Forfeited". See Mansfield Decl., Exs. 1 and 2.

3 | This means 7 Cups has been suspended and its corporate status forfeited by the California Franchise

4 | Tax Board ("FTB") for failure to meet its tax obligations (e.g., due to the non-filing of tax returns

5 | and/or the non-payment of taxes).  According to this official record, this is not an isolated occurrence

6 | -- 7 Cups has been in this forfeited status since 2021, such that it is four years' tax delinquent.  *Id.,*

7 | Ex. 1.  And in the last three weeks 7 Cups' registered agent for service of process has officially

8 | resigned, which is another requirement of doing business in California.   *Id.* This certificate

9 | constitutes *prima facie* evidence of 7 Cups' suspended and forfeited status. California Revenue and

10 | Taxation Code § 23302 (c).[1]

11 | Pursuant to California Revenue and Taxation Code § 23301, a forfeited corporation loses its

12 | powers and privileges, including the ability to maintain or defend legal proceedings. Specifically,

13 | pursuant to that section "the powers, rights, and privileges of a domestic taxpayer may be suspended,

14 | and the exercise of the powers, rights, and privileges of a foreign taxpayer in this state may be

15 | forfeited" if a corporation fails to pay taxes or file appropriate tax returns.  Thus, a corporation such

16 | as 7 Cups that is identified as forfeited by the FTB: (a) loses its powers, rights, and privileges,

17 | including the right to defend itself in court, and (b) cannot prosecute or defend lawsuits, enter into

18 | contracts, or legally operate in this State under California Revenue and Taxation Code § 23301.

19 | California state appellate courts have consistently held that a corporation may not defend

20 | against a lawsuit while an FTB forfeiture is in effect. A corporation suspended and identified as

21 | forfeited under California Revenue and Taxation Code § 23301 "cannot . . . prosecute or defend an

22 | action, seek a writ of mandate, appeal from an adverse judgment, or renew a judgment obtained

23 | before suspension." *City of San Diego v. San Diegans for Open Gov't,* 3 Cal. App. 5th 568, 577

24 | (2016). In addition, "substantive defenses accruing during corporate suspension may not be applied

25 |

26 | [1] As true and correct copies of an official government record, Plaintiffs request the Court take

27 | judicial notice of these documents pursuant to Fed. R. Ev. 201(b).

28 |

1   to the benefit of a now-revived corporation."  *Benton v. County of Napa*, 226 Cal. App. 3d 1485,

2   1491 (1991) (citations omitted). As 7 Cups engaged in the illegal conduct at issue during the period

3   of its suspension (starting in at least 2021 and ongoing), any substantive defenses it may assert in

4   defense to this action also cannot be revived, even if it later complies with its FTB obligations (which

5   in light of its failure to comply with California's tax laws for the past four years, is unlikely).

6         This limitation is recognized and enforced in federal courts.  If a corporation based or

7   operating in California is in forfeited status, a federal court will treat it as lacking legal capacity to

8   defend litigation brought against it. *621 Two LLC v. LeGett,* 2021 U.S. Dist. LEXIS 188534, *9

9   (C.D. Cal. July 9, 2021).   While 7 Cups is incorporated in Delaware and its status there is not

10  clear (Mansfield Decl. at ¶4), whatever that status  is not relevant to this determination since, by its

11  express language, Section 23301 applies to both domestic and foreign corporations. In *Trajkovski*

12  *Invest AB v. I.Am.Plus, Elecs., Inc*. 2022 U.S. Dist. LEXIS 142207, *4-5 (C.D. Cal Aug. 9, 2022), a

13  defendant that was a foreign corporation sought relief from a final judgment entered against it based

14  on a foreign arbitral award.  As of the time the lawsuit was filed and final judgment was entered

15  confirming that award, the defendant's foreign corporation registration with the California Secretary

16  of State was shown as "FTB forfeited" for failure to meet its tax obligations. The court found "'[a]

17  corporation's incapacity to sue or defend in state court also *precludes it from suing or defending in*

18  *federal court.*' *AMESCO Exp., Inc. v. Associated Aircraft Mfg. & Sales, Inc.*, 977 F. Supp. 1014,

19  1015 (C.D. Cal. 1997) (citing *In re Christian & Porter Aluminum Co.,* 584 F.2d 326, 331 (9th. Cir.

20  1978))." (emphasis added).  Relevant to this Motion, the Court went on to conclude: "Generally,

21  foreign corporations that do not conduct intrastate business need not register. See Cal. Corp. Code

22  § 2105(a). However, once a foreign corporation does register, if the corporation later forfeits that

23  registration, '[a] status of 'forfeited' applies . . . and holds the same legal consequences as a

24  'suspension' for a domestic corporation.'" *Id.* at *5 (citations omitted). The Court held: "I.AM.PLUS

25  does not cite to any apposite precedent supporting the notion that a forfeited foreign entity may

26  nevertheless defend an action brought against them in California. *The Court therefore cannot*

27  *conclude that I.AM.PLUS may move for relief from judgment despite its forfeited registration*

28

1    *status*." *Id.* (emphasis added).

2         This Court must reach the same conclusion, as 7 Cups is domiciled, based in and registered

3    as a corporation to do business in California. Because 7 Cups is currently in "FTB Forfeited" status,

4    it cannot appear or defend itself in this action. Any attempts to respond to lawsuits, file motions,

5    seek relief from this Court or participate in any court proceedings would necessarily be deemed void

6    or unauthorized as no legal action can be validly taken by 7 Cups while its suspension and forfeiture

7    remains in effect.  As it cannot properly appear or file any formal response (other than in response

8    to this Motion), and as the wrongful conduct at issue took place during the period of forfeiture or

9    suspension, pursuant to Fed. R. Civ. Proc. Rule 55(a) and (b)(2), the Court must enter default against

10   Defendant and thereafter conduct proceedings consistent with that default.

11   Dated: July 16, 2025

_____

12   Alan M. Mansfield (SBN 125998)
     **WHATLEY KALLAS, LLP**
13   1 Sansome Street, 35th Floor
     PMB #131
14   San Francisco, CA 94104 /
     16870 West Bernardo Dr., Ste. 400
15   San Diego, CA 92127
     Phone: (619) 308-5034
16   Fax: (888) 341-5048
     amansfield@whatleykallas.com
17

18   Deborah J. Winegard
     (*to apply for admission pro hac vice*)
19   **WHATLEY KALLAS, LLP**
     1068 Virginia Avenue NE
20   Atlanta, GA 30306
     Telephone: (404) 607-8222
21   Facsimile: (404) 220-8625
     E-mail: dwinegard@whatleykallas.com
22

23   Patrick J. Sheehan
     (*to apply for admission pro hac vice*)
24   **WHATLEY KALLAS, LLP**
     101 Federal Street, 19th Floor
25   Boston, MA 02110
     Telephone: (617) 203-8459
26   Facsimile: (800) 922-4851
27

28
                                    4
         PLAINTIFFS' NOM, MPA AND AMM DECL. ISO OF MOTION TO ENTER DEFAULT
                          CASE NO:5-25-CV-05088-EJD

E-mail: psheehan@whatleykallas.com

*Attorneys for Plaintiffs*

PLAINTIFFS' NOM, MPA AND AMM DECL. ISO OF MOTION TO ENTER DEFAULT
CASE NO:5-25-CV-05088-EJD

**DECLARATION OF ALAN M. MANSFIELD**

I, Alan M. Mansfield, declare:

1.      I am an attorney duly admitted to practice before this Court.  I am of counsel to the law firm of Whatley Kallas, LLP, counsel for Plaintiffs in the *Vorpahl* Action.  I have personal knowledge of the facts set forth below.

2.      Attached as Exhibit 1 is a true and correct copy of the summary Statement of Information on file with the California Secretary of State establishing that Defendant 7 Cups of Tea, Co. lists its official corporate address as 828B Bryant Street, Palo Alto, CA 94301-2707 and is domiciled in California, and listing its status as "Forfeited - FTB/SOS". A copy of this document was downloaded by my office from www.sos.ca.gov on July 15, 2025.  In addition, Defendant's listed agent for service of process filed a notice of resignation as of June 26, 2025.

3.      Attached as Exhibit 2 is a true and correct copy of the current official record of the California Secretary of State showing that Defendant 7 Cups of Tea, Co. is currently FTB Forfeited and that "The above referenced entity's powers, rights and privileges are forfeited in California.". A copy of this document was downloaded by my office from www.sos.ca.gov on July 15, 2025.

4.      While not relevant to the determination of this Motion, my office has submitted the paperwork and paid the required fee to the Delaware Secretary of State to determine the current corporate status of Defendant 7 Cups of Tea, Co. in that state (which it indicates on Ex. 1 is its state of incorporation).  As of the date of this Declaration we have not received confirmation of its current corporate status from the Delaware Department of State.

5.      On the afternoon of July14, 2025 I received an email from Collin Vierra of Eimer Stahl, LLP, stating that he represented 7 Cups of Tea, Co. and requesting Plaintiffs agree to extend the time for Defendant to respond to the Complaint.  As evidenced by the Proof of Service previously filed with this Court (ECF 7), its response to the Complaint was due on July 15, 2025. Without waiver of and reserving all rights, I communicated in a letter to Mr. Vierra later that day that Plaintiffs were willing to agree to defer the Defendant's response to the operative Complaint, which we agree should be deferred until the end of August pending the Court's ruling on this Motion.  Plaintiffs will separately provide a stipulation to extend that deadline to a date after this

PLAINTIFFS' NOM, MPA AND AMM DECL. ISO OF MOTION TO ENTER DEFAULT
CASE NO:5-25-CV-05088-EJD

1  Motion has been heard, reserving all rights to bring and assert this Motion. Mr. Vierra has separately

2  confirmed he was authorized to accept papers on behalf of 7 Cups of Tea, Co. and these moving

3  papers shall be served upon him.

4          6.      I declare under penalty of perjury under the laws of the United States that the

5  foregoing is true and correct.

6  Executed this 16th day of July, 2025 at San Diego, California.

7                                              */s/ Alan M. Mansfield*
                                               ALAN M. MANSFIELD

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' NOM, MPA AND AMM DECL. ISO OF MOTION TO ENTER DEFAULT
CASE NO:5-25-CV-05088-EJD